## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John J. Trapanotto Jr., aka John J Trapanotto | BK NO. 25-03485 HWV |
| Pamela Ann Trapanotto aka Pamela A. Barse | Chapter 13 |
| Debtor(s) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
11 Dec 2025, 10:19:07, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322