**Pero Transport LLC**
14095 S State Road 7
Delray Beach, FL 33446

Direct Deposit Advice

paylocity

**Check Date**
November 7, 2025

**Voucher Number**
7667

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***0326 | 1,125.46 |
| Total Direct Deposits | | | 1,125.46 |

~~████ ████████ ████ ███ ███~~   C

John J Trapanotto Jr
45 Warrington Way
Wellsville, PA 17365

## Non Negotiable - This is not a check - Non Negotiable

### Pero Transport LLC

**John J Trapanotto Jr**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 31030 | Fed Taxable Income | 1,400.00 | Check Date | November 7, 2025 | |
| Location | PT162-PA-1100 | Fed Filing Status | M+ $25 | Period Beginning | October 29, 2025 | |
| Salary | $1,400.00 | State Filing Status | M-0 | Period Ending | November 4, 2025 | |

**Earnings Statement**

| | |
|---|---|
| Voucher Number | 7667 |
| Net Pay | 1,125.46 |
| Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Phase | Amount | YTD |
|---|---|---|---|---|---|
| Salary | 35.00 | 40.00 | Salaries & | 1,400.00 | 2,800.00 |
| Gross Earnings | | 40.00 | | 1,400.00 | 2,800.00 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 104.98 | 209.96 |
| SS | 86.80 | 173.60 |
| PA | 42.98 | 85.96 |
| MED | 20.30 | 40.60 |
| PA-671002 | 17.50 | 35.00 |
| PA-PE2C | 1.00 | 2.00 |
| PASUI-E | 0.98 | 1.96 |
| Taxes | 274.54 | 549.08 |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO BANK | C | ***0326 | 1,125.46 |
| Total Direct Deposits | | | 1,125.46 |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| SICK | 0.00 | 0.00 |
| Vacation 2 Week | 0.00 | 0.00 |

*[Handwritten notes:]*
2800/2 = 1400
549/2 = 274

H disab
oct 20 rec

spnt ncb
net
297 wk

Pero Transport LLC | 14095 S State Road 7, Delray Beach, FL 33446 | (000) 000-0000 | FEIN: 65-0824314 | PA- 74-33628

**Pero Transport LLC**  
14095 S State Road 7  
Delray Beach, FL 33446

Direct Deposit Advice

paylocity

**Check Date**  
October 31, 2025

**Voucher Number**  
7516

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***0326 | 1,125.46 |
| **Total Direct Deposits** | | | **1,125.46** |

DIRECT DEPOSIT VOUCHER

▬ ▬▬▬▬, ▬▬▬▬  C

John J Trapanotto Jr  
45 Warrington Way  
Wellsville, PA 17365

## Non Negotiable - This is not a check - Non Negotiable

### Pero Transport LLC

**John J Trapanotto Jr**     **Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | 31030 | Fed Taxable Income | 1,400.00 |
| Location | PT162-PA-1100 | Fed Filing Status | M+ $25 |
| Salary | $1,400.00 | State Filing Status | M-0 |

| | |
|---|---|
| Check Date | October 31, 2025 |
| Period Beginning | October 22, 2025 |
| Period Ending | October 28, 2025 |

| | |
|---|---|
| Voucher Number | 7516 |
| Net Pay | 1,125.46 |
| Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Phase | Amount | YTD |
|---|---|---|---|---|---|
| Salary | 35.00 | 40.00 | Salaries & | 1,400.00 | 1,400.00 |
| **Gross Earnings** | | 40.00 | | **1,400.00** | **1,400.00** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 104.98 | 104.98 |
| SS | 86.80 | 86.80 |
| PA | 42.98 | 42.98 |
| MED | 20.30 | 20.30 |
| PA-671002 | 17.50 | 17.50 |
| PA-PE2C | 1.00 | 1.00 |
| PASUI-E | 0.98 | 0.98 |
| **Taxes** | **274.54** | **274.54** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO BANK | C | ***0326 | 1,125.46 |
| **Total Direct Deposits** | | | **1,125.46** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| SICK | 0.00 | 0.00 |
| Vacation 2 Week | 0.00 | 0.00 |

Pero Transport LLC | 14095 S State Road 7, Delray Beach, FL 33446 | (000) 000-0000 | FEIN: 65-0824314 | PA: 74-33628