
E0010101 Novem... .pdf

## Details

**Name**
E0010101 November 12- 2
025.pdf

**Size**
83 KB

**Last updated**
11/12/2025 5:32AM



Pamela A Trapanotto — Pay Date: November 12, 2025 — Number: ▮

| Other Information | | | Net Pay Distribution | Amount |
|---|---|---|---|---|
| | | | Checking | 1,332.63 |
| | | | ▮ | 100.00 |

Pamela A Trapanotto
45 Warrington Wy
Wellsville, PA 17365

| Tax Auth. Information | Filing Status | Allow. | Extra W/H |
|---|---|---|---|
| Federal Government | M JOINT | 0 | -25.00 |

| Earnings | Hours | This Check | YTD Amount | Gross to Net Pay | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 60.5 | 1,724.25 | 8,307.75 | Total Earnings | 1,724.25 | 8,307.75 |
| | | | | Social Security | -106.90 | -515.08 |
| | | | | Medicare Employee | -25.00 | -120.48 |
| | | | | PA State Tax | -52.93 | -255.04 |
| | | | | PA Unemploy EE | -1.21 | -6.63 |
| | | | | Local Income Tax | -21.55 | -103.85 |
| | | | | Local Services Tax | -2.00 | -10.00 |
| | | | | Federal Income Tax | -82.03 | -392.84 |
| | | | | Garnishment General Pu | | -1,254.86 |
| Total Earnings | | 1,724.25 | 8,307.75 | Net Pay | 1,432.63 | 5,649.69 |

Delone Catholic High Sch 244
140 South Oxford Avenue
McSherrystown, PA 17344

November 12, 2025

60-1802-433
First National Bank

PAY  VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID  1,432.63
TO THE ORDER OF:

3244ADM   E0010101
    mela A Trapanotto
    i Warrington Wy
    ellsville, PA 17365



REMITTANCE ADVICE ONLY

🔍    −  39%  +    Report Abuse

ᐯ Download

PA PA Cath
(1) mo 154 $307
         96  /432

4x 61/6  /643
        /254

Since and
Aug
prior
PA cafe life
Shore and Jnr

https://dioceseofharrisburg.sharefile.com/share/view/e45d0756a6314e65?skipNativeCheck=true    11/12/25, 12:56 PM
Page 1 of 1

Case 1:25-bk-03485-HWV   Doc 14   Filed 12/18/25   Entered 12/18/25 16:03:52   Desc
Main Document    Page 1 of 3

**Pamela A Trapanotto**　　Pay Date: October 29, 2025　　Number 80659

| Other Information | | | | Net Pay Distribution | Amount |
|---|---|---|---|---|---|
| | | | | Checking: | |
| | | | | Checking: 8 Pay Check | 875.46 |

Pamela A Trapanotto
45 Warrington Wy
Wellsville, PA 17365

| Tax Auth. Information | Filing Status | Allow. | Extra W/H |
|---|---|---|---|
| Federal Government | M JOINT | 0 | 25.00 |

| Earnings | Hours | This Check | YTD Amount | Gross to Net Pay | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 36 | 1,026.00 | 6,583.50 | Total Earnings | 1,026.00 | 6,583.50 |
| | | | | Social Security | -63.61 | -408.18 |
| | | | | Medicare Employee | -14.88 | -95.46 |
| | | | | PA State Tax | -31.50 | -202.11 |
| | | | | PA Unemploy EE | -0.72 | -4.62 |
| | | | | Local Income Tax | -12.83 | -82.30 |
| | | | | Local Services Tax | -2.00 | -8.00 |
| | | | | Federal Income Tax | -25.00 | -310.91 |
| | | | | Garnishment General Pu | | -1,254.86 |
| Total Earnings | | 1,026.00 | 6,583.50 | Net Pay | 875.46 | 4,217.06 |

Pamela A Trapanotto    Pay Date: September 17, 2025    Number 80538

| Other Information | | | Net Pay Distribution | Amount |
|---|---|---|---|---|
| | | | Pay Check | 1,254.86 |

Pamela A Trapanotto
45 Warrington Wy
Wellsville, PA 17365

| Tax Auth. Information | Filing Status | Allow. | Extra W/H |
|---|---|---|---|
| Federal Government | M JOINT | 0 | 25.00 |

| Earnings | Hours | This Check | YTD Amount | Gross to Net Pay | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| | | | | Total Earnings | | 1,496.25 |
| | | | | Amount Owed to Employe | 1,254.86 | |
| | | | | Federal Income Tax | | -59.24 |
| | | | | Local Income Tax | | -18.70 |
| | | | | Local Services Tax | | -2.00 |
| | | | | Medicare Employee | | -21.70 |
| | | | | PA State Tax | | -45.93 |
| | | | | PA Unemploy EE | | -1.05 |
| | | | | Social Security | | -92.77 |
| | | | | Net Pay | 1,254.86 | 1,254.86 |