**LOCAL BANKRUPTCY FORM 2016-2(c)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| John J. Trapanotto, Jr. | : | |
| Pamela Trapanotto, | : | |
| aka Pamela Barse | : | |
| | : | CASE NO. 1-25-bk-03485 |
| DEBTORs | : | |

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R 2016-2(c) <br> 1. Amount agreed to by Debtor <br> 2. Less amount paid to Attorney prior to filing petition <br> 3. Balance of compensation to be paid through plan <br> 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $5,000.00 <br> 500.00 <br> $4,500.00 <br> $ 0.00 |

| | |
|---|---|
| **B.** Compensation and reimbursement allowed upon application and order under LBR 2016-2(a) <br> 1. Retainer received <br> 2. Compensation earned prepetition and paid to attorney prior to filing petition <br> 3. Expenses reimbursed prepetition <br> 4. Balance in retainer after deduction of prepetition compensation and expenses <br> 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C § 503(b)(2) in the following amount based on the information above: | $4,500.00 |

Dated: ___12/17/25___      /s/ Michael S. Travis
                          _____
                          Michael S. Travis, Attorney for Debtors

11