United States Bankruptcy Court

Middle District of Pennsylvania

In re:
John J. Trapanotto, Jr.
Pamela Ann Trapanotto
    Debtors

Case No. 25-03485-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1
Date Rcvd: Jan 15, 2026

User: AutoDocke
Form ID: ntcnfhrg

Page 1 of 3
Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | John J. Trapanotto, Jr., Pamela Ann Trapanotto, 45 Warrington Way, Wellsville, PA 17365-9652 |
| 5764525 | | Affirm, 659 California Street Fl 12, San Francisco, CA 94108 |
| 5764527 | + | Anthem BC and BS, Po Box 105187, Atlanta, GA 30348-5187 |
| 5764532 | | Gregory Babcock Esquire, 120 Corp. Blvd, Norfolk, VA 23502 |
| 5764534 | + | Hershey Medical Center, Attn Billing Dr Darowish, 30 Hope Drive Suite 1500, Hershey, PA 17033-2036 |
| 5764540 | + | OSS Health, 1855 Powder Mill Road, York, PA 17402-4723 |
| 5764541 | + | Peri Schuster Esquire, PO Box 2121, Warren, MI 48090-2121 |
| 5764544 | + | Urgent Care, 717 Town Center Drive, York, PA 17408-4824 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5764526 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 15 2026 18:59:32 | Affirm, Attn Credit Bureau Disputes, 30 Isabella Street 4th Floor, Pittsburgh, PA 15212-5862 |
| 5764529 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 15 2026 18:50:00 | Credit Acceptance, 25505 W 12 Mile Rd, Southfield, MI 48034 |
| 5764528 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 15 2026 18:59:38 | Citibank NA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5764720 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 15 2026 18:50:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5764530 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 15 2026 18:49:17 | Credit One, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5764531 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 15 2026 18:50:00 | Elanco Financial Services, PO Box 108, Saint Louis, MO 63166-0108 |
| 5764533 | ^ | MEBN | Jan 15 2026 18:41:27 | Hayt Hayt & Landau, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 5764535 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 15 2026 18:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5767968 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 15 2026 18:50:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5764536 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 15 2026 18:50:00 | Jefferson Capital Systems LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5764537 | | Email/Text: customerservice.us@klarna.com | Jan 15 2026 18:50:00 | KLARNA, PO Box 8116, Columbus, OH 43201 |
| 5764538 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2026 18:49:02 | LVNV Funding LLC, C/O Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 5765385 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | |
|---|---|---|---|
| | | Jan 15 2026 18:49:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5764539 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 15 2026 18:50:00 | Midland Credit Management, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5768952 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 15 2026 18:59:31 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5764542 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 15 2026 18:49:17 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 5764543 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jan 15 2026 18:50:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5768516 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 15 2026 18:50:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5764547 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jan 15 2026 18:49:17 | WFBNA Card, PO Box 393, Minneapolis, MN 55480-0393 |
| 5764545 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jan 15 2026 18:49:16 | Wellsfargo, PO Box 71092, Charlotte, NC 28272-1092 |
| 5764546 | + Email/Text: bankruptcynotification@wellspan.org | Jan 15 2026 18:50:00 | Wellspan Health, Po Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael S Travis | on behalf of Debtor 2 Pamela Ann Trapanotto travisattorney@protonmail.com |
| Michael S Travis | on behalf of Debtor 1 John J. Trapanotto  Jr. travisattorney@protonmail.com |

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

John J. Trapanotto Jr.,
aka John J Trapanotto,

**Debtor 1**

Pamela Ann Trapanotto,
aka Pamela A. Barse,

**Debtor 2**

Chapter          13

Case No.          1:25−bk−03485−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 11, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: February 18, 2026<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 15, 2026 |

ntcnfhrg (08/21)