Certificate Number: 15111-PAM-DE-040571266

Bankruptcy Case Number: 25-03485



15111-PAM-DE-040571266

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 1, 2026</u>, at <u>1:10</u> o'clock <u>PM EST</u>, <u>John J Trapanotto Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 1, 2026</u>

By: <u>/s/Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>