Certificate Number: 15111-PAM-DE-040571268

Bankruptcy Case Number: 25-03485



15111-PAM-DE-040571268

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 1, 2026, at 1:10 o'clock PM EST, Pamela Ann Trapanotto completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 1, 2026

By: /s/Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education