<u>LOCAL BANKRUPTCY FORM 3015-3(a)</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
John J. Trapanotto Jr.              :       CHAPTER 13
Pamela A. Trapanotto               :
                                    :       CASE NO:  25-03485
                                    :
                                    :
            Debtor(s)               :

CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF
COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS
      If a joint petition is filed, each spouse must complete and file a separate
certification.

I, Pamela A. Trapanotto, upon oath or affirmation, hereby certify as follows:

1.  That the below information is being supplied for compliance with the confirmation
    hearing date on 4/15/26.

2.  That all post-petition amounts that are required to be paid under any and all
    Domestic Support Obligations have been paid as required by 11 U.S.C §
    1325(a)(8).

3.  That all applicable Federal, State, and local tax returns, as required by 11 U.S.C.
    Section 1308 have been filed.

4.  If this Certification is being signed by counsel for the Debtor, that the Debtor was
    duly questioned about the statements in this Certification and supplied answers
    consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if
any of the foregoing statements made by me are willfully false, I am subject to
punishment of perjury.

                4/10/26                        /s/ Michael S. Travis
DATED:_____            BY:_____
                                          Counsel for Debtor(s)
                1/18/26                        /s/ Pamela Trapanotto
DATED:_____            BY:_____
                                          Pamela A. Trapanotto, Debtor